FILED

APR 9 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-19-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CARL ALDEN, JR., | |
| Defendant. | |

Before the Court is Defendant's Opposed Motion for Early Termination of Supervision (Doc. 119). Although the government opposed the motion, it failed to file any brief in opposition. Upon the motion pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Carl Alden Jr.'s term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 9th day of April, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge